UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER TEKLE HABTOM,

Defendant.

CASE NO. CR18-85 RAJ

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant at age 22 has a criminal history going back to 2012 when he was a juvenile. He currently has a pending arrest warrant issued by a state court. His history of making court appearances is dismal. He has repeatedly failed to appear for court. Defendant is unemployed and has no work history. The allegations against him go back to 2016. The crimes alleged are not a one-time occurrence but involved repeated criminal acts. When defendant was arrest, he was in possession of evidence indicating he is still involved in criminal activity similar to the present charges.  Defendant has used drugs for a number of years and was arrested with a prescription

DETENTION ORDER - 1

medication with the label scratched off. Defendant has been able to allegedly commit crimes and use drugs, while living with his parents and siblings.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 7th day of May, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

DETENTION ORDER - 2