# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER TEKLE HABTOM,<br><br>Defendant. | No. CR18-085 RAJ<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

The Court, having reviewed the record and files in this case and after a consideration of all relevant information and the circumstances of this case, finds that the ends of justice will best be served by continuing the trial date and pretrial motions deadline in this matter. The Court finds that the ends of justice will best be served by a continuance of the trial date and outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

The Court further finds that the failure to grant such a continuance in this case would likely result in a miscarriage of justice because the defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

It is hereby ORDERED:

1. Defendant's unopposed motion to continue the trial date and pretrial motions deadline (Dkt. #23) is GRANTED.

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
800 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

2. The trial date in this matter shall be continued to September 17, 2018.

3. All pretrial motions, including motions in limine, shall be filed no later than August 9, 2018.

4. The period of time from the date of this order to the new trial date of September 17, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18, U.S.C. § 3161, *et seq*.

DATED this 12th day of June, 2018.

*Richard A. Jones*
———————————————
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
800 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780