The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-085RAJ |
|---|---|
| Plaintiff | **ORDER CONTINUING TERMS OF SUPERVISION** |
| v. | |
| ALEXANDER TEKLE HABTOM, | |
| Defendant. | |

The Court having found, based on Mr. Habtom's admission, that he has violated the terms of his supervised release, HEREBY ORDERS that the terms of the defendant's supervision shall remain in full effect and force, with the following additional condition added:

> The defendant shall complete 20 hours of community service, as directed and approved by the United States Probation Office, no later than December 31, 2021.

DATED this 21st day of October, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TERMS OF SUPERVISION
(*United States v Habtom*, CR18-085RAJ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970